IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **CUSTOM IRON BY JOSH, LLC** | CASE NO. 2:21-CV-04232-JDC-KK |
| **Plaintiff,** | |
| | JUDGE JAMES CAIN |
| vs. | |
| **GREAT LAKES INSURANCE SE** | MAGISTRATE JUDGE KATHLEEN KAY |
| **Defendant.** | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff, Custom Iron by Josh, LLC ("Plaintiff") and Great Lakes Insurance SE ("Great Lakes" or "Defendant"), (hereinafter sometimes the "Parties"), and respectfully request that this Court enter an Order dismissing all claims asserted against Defendant, with prejudice. The Parties have resolved all issues related to this case, and accordingly, Plaintiff and Defendant now jointly move and seek an Order from this Honorable Court dismissing all claims with prejudice.

WHEREFORE, comes Plaintiff, Custom Iron by Josh, LLC's ("Plaintiff") and Defendant, Great Lakes Insurance SE and request that this Motion be GRANTED, and that all claims of Plaintiff against Defendant be dismissed with prejudice, with all parties to bear their own fees and costs.

Respectfully submitted,

| | |
|---|---|
| **COX, COX, FILO CAMEL & WILSON, LLC** | **BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC** |
| BY: */s/ Somer G. Brown* <br> MICHAEL K. COX (#22026) <br> SOMER G. BROWN (#31462) <br> 723 Broad St. <br> Lake Charles, Louisiana 70601 <br> Telephone: (337) 436-6611 <br> Facsimile: (337) 436-9541 <br> Emails: richard@coxatty.com <br>         somer@coxatty.com | BY : */s/ Tessa P. Vorhaben* <br> MATTHEW A. WOOLF (#27146)(T.A.) <br> TESSA P. VORHABEN (#31293) <br> 201 St. Charles Avenue, Suite 3600 <br> New Orleans, Louisiana 70170 <br> Telephone: (504) 566-5200 <br> Facsimile: (504) 636-4000 <br> Emails:mwoolf@bakerdonelson.com <br>         tvorhaben@bakerdonelson.com |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR GREAT LAKES INSURANCE SE** |

TPV 4876-5902-1613
2919518-000420