UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **CUSTOM IRON BY JOSH L L C** | **CIVIL ACTION NO. 2:21-CV-04232** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **GREAT LAKES INSURANCE S E** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT OF DISMISSAL

Considering the foregoing,

**IT IS ORDERED** that the above-entitled and numbered cause be and the same is hereby dismissed with prejudice, each party to bear its own fees and costs.

**THUS DONE AND SIGNED** in Chambers this 19th day of September, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE